✎ LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Russell Washington | ) Case No:  03-257 |
| | ) USM No: 28534-034 |
| Date of Previous Judgment:      08/24/2005 | )  Thomas Calagero |
| (Use Date of Last Amended Judgment if Applicable) | )  Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  204  months as to Counts 1 & 3  **is reduced to**  188 Months .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.
As the previous sentence, all terms of imprisonment shall run concurrently.

Except as provided above, all provisions of the judgment dated   08/24/2005   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:      08/26/2008

_____
Judge's signature

Effective Date:      08/31/2008                    Hon. Stanwood R. Duval, Jr., U.S. District Judge
(if different from order date)                    Printed name and title